1002

DAVID R. TOWNSEND ET AL., *Appellants*, v. THE MUCKLESHOOT INDIAN TRIBE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-34562-6, Brian D. Gain, J., entered November 10, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Dwyer, JJ.

DONALD CHARNHOLM ET AL., *Appellants*, v. THE BARTELL DRUG COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-24094-8, Jim Rogers, J., entered February 13, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE AMADOR OTERO, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL MATA BARASA, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 04-1-01722-0, Robert L. Harris, J., entered January 6, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

THE CIT GROUP/EQUIPMENT FINANCING, INC., *Respondent*, v. ALLAN S. HAMM, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-2-01785-2, Jill M. Johanson, J., entered May 13, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ.